MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEREMIAH LEVINE (Cal. Bar No. 288377)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8323
    Facsimile: (213) 894-8141
    E-mail:    Jeremiah.Levine@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
7/21/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE CARRILLO, ET AL.,<br><br>    Defendant. | No. 22-CR-573-FWS-3<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeremih Levine, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant Maria Garcia ("defendant") who is now detained at the Century Regional Detention Facility 11705 S. Alameda St, Lynwood, Ca, in the custody of the Warden, Sheriff, or Jailor of said institution.

    Defendant is requested to be present for an initial appearance on July 26, 2023, at 1:00 PM in Courtroom 880, Roybal Federal Building, 255 East Temple Street, Los Angeles, California, on the

indictment filed in this matter, charging her with RICO Conspiracy in violation of 18 U.S.C. § 1962(d), and other crimes.  In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to release the defendant to custody of the FBI so that she may appear in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

    WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to release the defendant to custody of the FBI so that she may appear in the United States Magistrate Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return her to the custody of said Warden, Sheriff or Jailor.

Dated: July 21, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/ Jeremiah Levine
JEREMIAH LEVINE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA